WISE & SCOTT, LLC,
Plaintiff/Appellant,

v.

Lee REYNOLDS and Lee Reynolds & Co., PC, Respondents.

No. ED 100591

Missouri Court of Appeals,
Eastern District,
***DIVISION TWO.***

Filed: December 16, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 2015

Application for Transfer Denied March 31, 2015

Bruce C. Cohen, 925 Edna Avenue, Kirkwood, Missouri 63122, for appellant.

Alex M. Kanter, J. Christian Goeke, Co–Counsel, Herzog & Kanter, 7711 Bonhomme Avenue, Suite 850, Clayton, Missouri 63105, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM

Wise & Scott, LLC (Plaintiff) appeals the trial court's judgment in favor of Lee Reynolds and Lee Reynolds & Co., PC (Defendant) on Plaintiff's petition to recover damages after Defendant withdrew as a member of Plaintiff's accounting firm. Plaintiff claims the trial court erred in determining that it failed to prove its damages pursuant to § 347.121, RSMo of the Missouri Limited Liability Company Act.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).